IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-CR-00020-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WELDON MOTIC JACKSON,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion to correct [DE 55]. Defendant explains that his previously-filed motion, DE 51, is for a "reduction of sentence [] pursuant to § 3582(c)(2), not amendment § 821." DE 55 at 1. For good cause shown, Defendant's motion to correct is GRANTED. The Clerk of Court is directed to correct the docket for Docket Entry 51 to classify such motion as a motion pursuant to 18 U.S.C. § 3582(c). Further, the Office of the Federal Public Defender is directed to appoint counsel for Defendant pursuant to 19-SO-3, and the court vacates its order at Docket Entry 52.

SO ORDERED this 19th day of November, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE